IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS' PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AB CLINE GLASS INC.,<br><br>Defendant.<br>_____/ | No. C 05-01694 WHA<br><br>**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR FILING OF MOTION FOR DEFAULT JUDGMENT** |

The case management conference scheduled in this matter for August 4, 2005, at 11:00 a.m. is hereby continued to **SEPTEMBER 15, 2005, AT 11:00 A.M.** Plaintiffs **MUST** file their motion for default judgment by **JULY 28, 2005**.

**IT IS SO ORDERED.**

Dated: July 20, 2005.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE